IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Alden Pauline aka "Alden Pauline, Jr.", "Pauline Alden",<br><br>        Plaintiff,<br><br>    vs.<br><br>H.P.A. Chair and Member; Dr. Kay Bauman; HCF Administrator; HCF Medical Staff; Halawa Correctional Facility, HCF ACO's and PSW; J. Calacatoa; T. Salanoa ,<br><br>        Defendants.<br>_____ | 1:07-CV-00411-HG-BMK<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT BAUMAN'S MOTION FOR SUMMARY JUDGMENT; ORDER TO NAME SUBSTITUTE PARTY AND FILE ADDITIONAL MOTION FOR SUMMARY JUDGMENT |

<u>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART DEFENDANT BAUMAN'S MOTION FOR SUMMARY JUDGMENT; ORDER TO NAME SUBSTITUTE PARTY AND FILE ADDITIONAL</u>
<u>MOTION FOR SUMMARY JUDGMENT</u>

Findings and Recommendation having been filed and served on all parties on February 23, 2009, and no objections having been filed by any party,

/

/

/

/

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation, Doc. No. 86, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 19, 2009, Honolulu, Hawaii.



  /s/ Helen Gillmor

Chief United States District Judge